IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

K3 PROP, LLC,

    Plaintiff,

v.

GC SAND, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-142-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing all claims by and against all parties for lack of subject matter jurisdiction.

s/V. Olmo, Deputy Clerk        7/6/2017
Peter Oppeneer, Clerk of Court        Date