IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

K3 PROP, LLC,

    Plaintiff,

v.

GQ SAND, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-142-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding defendant GQ Sand, LLC attorney fees and costs in the amount of $17,330.

| s/V. Olmo, Deputy Clerk | 11/1/2017 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |