# UNITED STATES DISTRICTCOURT
# WESTERN DISTRICT OF WISCONSIN

K3 PROP, LLC,

        Plaintiff,

v.

GQ SAND, LLC

        Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

Case No. 16-cv-142-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding defendant GQ Sand, LLC attorney fees and costs in the amount of $17,330 and against, jointly and severally, plaintiff K3 Prop, LLC and its counsel, Attorney W. Kelly Puls, Attorney Mark A. Haney, Attorney Kolter R. Jennings, and the law firm of Puls Haney P.L.L.C.

_____
Peter Oppeneer, Clerk of Court

12/1/17
Date