# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**K3 Prop, LLC,**

    **Plaintiffs,**

**William Kelly Puls,**                                                      Case No.: 16-CV-142
**Mark A. Haney, and Puls Haney PLLC**

    **Interested Parties**

v.

**GQ SAND, LLC**

    **Defendant.**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, K3 Prop, LLC, its counsel, Attorney William Kelly Puls, Attorney Mark A. Haney and the law firm of Puls Haney, PLLC, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the opinion and order of the Court entered in this action on November 1, 2017, (Dkt. 82); the final judgment entered in this action on November 1, 2017, (Dkt. 83); and the final amended judgment entered in this action on December 1, 2017, (Dkt. 85).

DATED this 28th day of December, 2017.

Respectfully submitted,

By: /s/ *W. Kelly Puls*
    W. Kelly Puls
    Mark A. Haney
    **PULS HANEY PLLC**
    301 Commerce Street, Suite 2900
    Fort Worth, Texas 76102
    Telephone: (817) 338-1717
    Fax: (817) 332-1333
    Kelly@pulshaney.com
    Mark@pulshaney.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that on the 28th day of December, 2017, a true and correct copy of the above and foregoing instrument has been forwarded to all attorneys of record as set forth below:

***Via e-File Service and***
***E-mail (watt@kewlaw.com)***
Nicholas C. Watt
Kramer, Elkins, & Watt, LLC
17 Applegate Court, Suite 203
Madison, WI 53713
(608) 260-7777
Email: watt@kewlaw.com

    /s/ *W. Kelly Puls*
    W. Kelly Puls