UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| K3 PROP, LLC,<br>Plaintiff,<br><br>and<br><br>W. KELLY PULS and<br>MARK A. HANEY,<br><br>Interested Parties,<br><br>v.<br><br>GQ SAND, LLC,<br>Defendant. | Case No. 3:16-cv-00142<br><br>James D. Peterson, Chief Judge. |

## ORDER ON INDICATIVE RULING

This matter came before the Court upon the joint motion of the parties pursuant to Federal Rules of Civil Procedure 60(b) and 62.1(a)(3), asking this Court to issue an indicative ruling that this Court would agree to vacate the finding of sanctions against Attorney W. Kelly Puls, Attorney Mark A. Haney, and the law firm of Puls Haney P.L.L.C., and the Judgment and Amended Judgment associated with that finding should the Court of Appeals for the Seventh Circuit remand the case to the District Court for this purpose.

Having considered the parties' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the United States Court of Appeals for the Seventh Circuit, it will GRANT the parties' Joint Motion to Vacate the finding of sanctions and associated Judgment and Amended Judgment against Attorney W. Kelly Puls, Attorney Mark A. Haney, and Puls Haney, P.L.L.C.

1

ENTERED this 16TH day of MAY, 2018.

_____
District Judge James D. Peterson
United States District Court