UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

K3 Prop, LLC,

        **Plaintiffs,**

William Kelly Puls,                                        Case No.:  16-CV-142
Mark A. Haney, and Puls Haney PLLC

        **Interested Parties**

v.

GQ SAND, LLC

        **Defendant.**

## ORDER GRANTING JOINT MOTION TO VACATE
## THE AMENDED FINAL JUDGMENT (DKT. 85)

On this day came on for hearing the Joint Motion to Vacate the Amended Final
Judgment (Dkt. 85). The Court, after considering the agreement of the Parties, is of the
opinion that the amended judgment entered awarding Defendant GQ Sand, LLC attorney
fees and costs against, jointly and severally, Plaintiff K3 Prop, LLC and its counsel,
Attorney W. Kelly Puls, Attorney Mark A. Haney and the law firm Puls Haney, PLLC be
vacated and the Joint Motion to Vacate the Amended Final Judgment is hereby
GRANTED.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that amended judgment The Court's Amended Final Judgment (Dkt. 85) in this matter is HEREBY VACATED.

SIGNED this _18_ day of June, 2018.

_____
PRESIDING JUDGE

**APPROVED TO FORM:**

_/s/ W. Kelly Puls_
W. Kelly Puls
Mark A. Haney
PULS HANEY PLLC
301 Commerce Street, Suite 2900
Fort Worth, Texas 76102
Telephone: (817) 338-1717
Fax: (817) 332-1333
Kelly@pulshaney.com
Mark@pulshaney.com
**ATTORNEYS FOR W. KELLY PULS
AND MARK A. HANEY**


_/s/ Nicholas C. Watt_
Nicholas C. Watt
Jessica Marie Kramer
Kramerm Elkins, & Watt, LLC
17 Applegate Court, Suite 203
Madison, WI 53713
(608) 709-7119
(608) 260-7777
watt@kewlaw.com
kramer@kewlaw.com
**ATTORNEYS FOR GQ SAND, LLC**